**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

MARILYN LAVERN TORNS                                                                          PLAINTIFF

vs.                                                           CIVIL ACTION NO. 3:12-CV-339 HTW-LRA

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY                        DEFENDANT


**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson in which she recommends that the decision of the Commissioner be affirmed, and that plaintiff's appeal be dismissed with prejudice.  Based upon the evidence therein contained, this court, having given full consideration to plaintiff's written objection, finds the same not well taken.  Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

**SO ORDERED, this the 23rd day of September, 2013.**

                                                               **s/ HENRY T. WINGATE**
                                                               **UNITED STATES DISTRICT JUDGE**